### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WALLACE A. GARDNER**                                            **PLAINTIFF**
**ADC #110784**

**v.**                         **CASE NO. 5:13CV00353 BSM**

**DR. SONYA DAVIS-PEPPERS,**
**Maximum Security Unit, ADC, et al.**                      **DEFENDANTS**

### ORDER

The proposed findings and recommended partial disposition submitted by United

States Magistrate Judge J. Thomas Ray have been reviewed.  No objections have been filed.

After careful review, it is concluded that the proposed findings and recommended partial

disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's motion for a temporary restraining order or preliminary injunction

[Doc. No. 12] is DENIED.

2.      It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this order would not be taken in good faith.

Dated this 25th day of March 2014.


_____
UNITED STATES DISTRICT JUDGE