**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WALLACE A. GARDNER,**                                                                          **PLAINTIFF**
**ADC #110784**

v.                              CASE NO.  5:13CV00353 BSM

**SONYA DAVIS-PEPPERS,**
Doctor, Maximum Security Unit, ADC, et al.                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After careful consideration, it is concluded that the PRD should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Gardner's motion for an emergency preliminary injunction [Doc. No. 38] is denied.

2.    It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE