# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALLACE A. GARDNER,**  **PLAINTIFF**
**ADC #110784**

v.  **CASE NO. 5:13CV00353 BSM**

**SONYA DAVIS-PEPPERS,**
Doctor, Maximum Security Unit, ADC, et al.  **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray and Wallace Gardner's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 43] is granted and Gardner's complaint is dismissed with prejudice.

2. It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE